JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YIMING TANG, | Case No. CV 26-2853 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PAM BONDI, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of June 2026.

/s/
Fernando M. Olguin
United States District Judge